UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff/Respondent, <br><br> v. <br><br> PIERRE R. TAYLOR, <br><br> Defendant/Movant. | No. 2:19-CR-33-DLB-HAI <br><br> ORDER |

\*\*\* \*\*\* \*\*\* \*\*\*

Federal prisoner Pierre R. Taylor has filed a motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, accompanied by a memorandum and exhibit. D.E. 642. After conducting a preliminary review pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings, the Court found that the petition does not comply with Rule 2(b)(5) of the Rules Governing Section 2255 Proceedings, which requires that the petition be signed under penalty of perjury. *See* Rule 2(b)(5) ("The motion must: be signed under penalty of perjury by the movant or a person authorized to sign it for the movant."). On February 2, 2022, the Court ordered the Clerk's office to provide Taylor with an AO-243 form and ordered Taylor to file a signed form by March 3, 2022. D.E. 644. The Court warned Taylor that "**if he fails to comply, this Court will recommend that the District Judge dismiss the instant action**." *Id*. After providing nearly thirty days for mail service, the Court has not received Taylor's signed form.

The undersigned therefore **RECOMMENDS** that Taylor's motion to vacate (D.E. 642) be **DISMISSED** upon initial review and that no Certificate of Appealability issue.

Any objection to, or argument against, denial of the § 2255 motion must be asserted properly and in response to this Recommended Disposition. The Court directs the parties to 28 U.S.C. § 636(b)(1) for appeal rights and mechanics concerning this Recommended Disposition, issued under subsection (B) of the statute. *See also* Rules Governing Section 2255 Proceedings, Rule 8(b). Within **fourteen days** after being served with a copy of this decision, any party may serve and file specific written objections to any or all findings or recommendations for determination, *de novo*, **by the District Judge**. Failure to make a timely objection consistent with the statute and rule may, and normally will, result in waiver of further appeal to or review by the District Court and Court of Appeals. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019).

This the 31st day of March, 2022.



Signed By:
Hanly A. Ingram
United States Magistrate Judge