**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL CASE NO. 19-33-DLB-HAI-1
CIVIL ACTION NO. 22-10-DLB-HAI**

**UNITED STATES OF AMERICA**                                                                           **PLAINTIFF**

**v.**                                                 **<u>ORDER</u>**

**PIERRE R. TAYLOR**                                                                       **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon a Report and Recommendation ("R&R") filed on March 31, 2022 by United States Magistrate Judge Hanly I. Ingram. (Doc. # 649). In the R&R, Magistrate Judge Ingram recommends that Mr. Taylor's Motion to Vacate Under 28 U.S.C. § 2255 (Doc. # 642) be dismissed upon initial review due to Mr. Taylor having failed to file his Motion using the proper form and with his own signature.

However, the Court notes that since the filing of the R&R, Mr. Taylor has requested the proper form and was sent a copy by the Clerk's Office (*See* Doc. # 667), and so his Motion will be denied, but the action will be dismissed without prejudice. No objections have been filed to the R&R, the time for doing so has expired, and the R&R is now ripe for the Court's consideration.

Accordingly, **IT IS ORDERED** as follows:

(1) The Magistrate Judge's R&R (Doc. # 649) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

1

(2) The Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 642) is hereby **DENIED**;

(3) For the reasons set forth in the Magistrate Judge's R&R (Doc. # 649), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **no certificate of appealability shall issue**; and

(4) A separate Judgment will be filed concurrently herewith.

This 30th day of August, 2022.

Signed By:
*David L. Bunning*  *DB*
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2019\19-33-1 Order Adopting R&R 649.docx